# United States District Court
## *Southern District of Georgia*

WILLIE TERRELL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

    V.

CASE NUMBER: CV1:12-30

BRIAN OWENS, Commissioner, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of May 25, 2012, adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court, Judgment is entered dismissing this civil action without prejudice, and this case stands close.

05/25/2012
*Date*

Scott L. Poff
Clerk

(By) Deputy Clerk